IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-383-MOC-DCK

| | |
|---|---|
| BARNHARDT MANUFACTURING CO., <br> d/b/a NCFI POLYURETHANES, <br><br> Plaintiff, <br><br> v. <br><br> MATTRESS FIRM, INC., <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Cary B. Davis, concerning Joseph Lawlor on August 26, 2020. Joseph Lawlor seeks to appear as counsel *pro hac vice* for Defendant Mattress Firm, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Joseph Lawlor is hereby admitted *pro hac vice* to represent Defendant Mattress Firm, Inc.

Signed: August 27, 2020

David C. Keesler
United States Magistrate Judge