IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-383-MOC-DCK

| | |
|---|---|
| **BARNHARDT MANUFACTURING CO.,** d/b/a **NCFI POLYURETHANES,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **ORDER** ) |
| **MATTRESS FIRM, INC.,** | ) ) |
| **Defendant.** | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Cary B. Davis, concerning Richard D. Rochford on August 26, 2020. Richard D. Rochford seeks to appear as counsel *pro hac vice* for Defendant Mattress Firm, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Richard D. Rochford is hereby admitted *pro hac vice* to represent Defendant Mattress Firm, Inc.

Signed: September 2, 2020

David C. Keesler
United States Magistrate Judge